**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-12916-AMC |
| Shelley Dixon | : Chapter 13 |
| Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan | : |
| Management Services | : |
| Movant | : |
| vs. | : |
| Shelley Dixon | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN**

MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Shelley Dixon ("Debtor"), as follows:

1.      As of the bankruptcy filing date of May 6, 2019, Movant holds a secured Claim against the Debtor's property located at 1943 Plymouth Street, Philadelphia, PA 19138.

2.      On September 6, 2019 Movant filed a Proof of Claim citing a secured claim in the amount of $81,822.96, with pre-petition arrears in the amount of $28,557.55.

3.      The Plan currently proposes payment to Movant in the amount of $23,000.00 for pre-petition arrears.

4.      The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.      The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 09/06/2019

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-12916-AMC |
| Shelley Dixon | : Chapter 13 |
|            Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
| | : |
|            Movant | : |
|     vs. | : |
| Shelley Dixon | : |
|            Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|            Trustee/Respondent | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 09/06/2019:

Georgette Miller, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Shelley Dixon
1943 Plymouth Street
Philadelphia, PA 19138
Via First Class Mail
*Debtor*

Date: 09/06/2019

   Respectfully Submitted,
/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com